UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CHRISTINA WILSON #523288,

      Plaintiff,

v.                          No.:   3:14-cv-146-PLR-CCS

STATE OF TENNESSEE,

      Defendant.

## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the Court **ORDERS**

that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The

Court **CERTIFIES** that any appeal from this action would not be taken in good faith and

would be totally frivolous.

**E N T E R :**

ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
   CLERK OF COURT

_____
UNITED STATES DISTRICT JUDGE